Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON REDHAWK OLEBAR, <br><br> Defendant. | Case No. CR16-0083 RSM <br><br> **ORDER GRANTING MOTION TO SEAL** |

THIS MATTER has come before the undersigned on the motion of the defendant, Brandon Redhawk Olebar, to file his Sentencing Memorandum (Dkt. 48), and attached exhibits, under seal. The government does not object to the motion to seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

[PROPOSED] ORDER GRANTING SEAL - 1
NO. CR16-0083 RSM

MICHELLE PETERSON LAW, PLLC
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WA 98101

IT IS ORDERED that the defendant's Sentencing Memorandum and Exhibits be filed under seal.

IT IS SO ORDERED.

DATED this 18 day of September 2017

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

DATED this 15th day of September, 2017.

                                        */s/ Michelle Peterson*
                                        Michelle Peterson, WSBA No. 33598